UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO                                            CASE NO. 1:23-cv-22754-RNS

    Plaintiff,

vs.

BATH & BODY WORKS, LLC.,

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO by and through her undersigned counsel, hereby gives the Court notice that Plaintiff, ARANTZA CASTRO and Defendant, BATH & BODY WORKS, LLC, have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 45 days to finalize all documents before dismissing the case.

                                                              Respectfully Submitted,

                                                              MENDEZ LAW OFFICES, PLLC
                                                              Attorney for Plaintiff
                                                               P.O. BOX 228630
                                                              Miami, Florida 33222
                                                             Telephone: 305.264.9090
                                                             Facsimile:  305.809.8474
                                                            Email:info@mendezlawoffices.com
                                                            By: /s/ Diego German Mendez
                                                            DIEGO GERMAN MENDEZ, ESQ.
                                                           FL BAR NO.: 52748

###