UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO                                         CASE NO.  1:23-cv-22754-RNS

   Plaintiff,

vs.

BATH & BODY WORKS, LLC.

   Defendant,
_____/

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Plaintiff ARANTZA CASTRO, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Defendant.

     Submitted by:

     Mendez Law Offices, PLLC
     Attorneys for Plaintiff
     P.O. BOX 228630
     Miami, Florida 33172
     Telephone: 305.264.9090
     Facsimile: 305.809.8474
     Email: info@mendezlawoffices.com
     By: _____/s/_____
     DIEGO GERMAN MENDEZ, ESQ.
     FL BAR NO.: 52748

###